# IN THE U.S. BANKRUPTCY COURT
## DISTRICT OF KANSAS (KANSAS CITY)

IN RE:                                        )
Albert Allan Brynds, Jr.                      )
        Debtor,                          )
and                                           )
                                              )   Case No 21-20342
Valerie Kay Fahrnow                           )
        Co-Debtor                        )
v.                                            )   Chapter 13
                                              )
HPA US1, LLC D/B/A PATHLIGHT                  )   Hearing Date: May 18, 2021
PROPERTY MANAGEMENT                           )
        Creditor,                        )   Hearing Time: 9:30 a.m.
                                              )
William H. Griffin                            )   Objection Deadline: May 12, 2021
        Trustee.                         )

## <u>NOTICE OF OBJECTION DEADLINE AND OPPORTUNITY TO RESPOND</u>

On HPA US1, LLC D/B/A PATHLIGHT PROPERTY MANAGEMENT'S Motion for Relief from Stay:

NOTICE IS HEREBY GIVEN that if no written objection and/or response thereto is filed with the Clerk of the U.S. Bankruptcy Court for the District of Kansas on or before May 12, 2021 an order sustaining the above motion will be granted by entry of an Order to be prepared and submitted by counsel for Movant. A hearing will not be held on the motion unless an objection is timely filed with the Clerk. If a written objection and/or response is timely filed, a non-evidentiary hearing will be held before the U.S. Bankruptcy Court on May 18, 2021 at 9:30 a.m. in the Robert J. Dole US Courthouse, 500 State Avenue, Room 173, Kansas City, KS 66101.

Please be advised that a hearing will not be held unless an objection and/or response is timely filed with the Clerk. If an objection is filed, counsel shall appear at such hearing unless an Order executed by all parties is submitted in advance.

Respectfully Submitted,

ANDERSON & ASSOCIATES
By: */s/ Julie Anderson*
Julie A. Anderson #21871
Jamie L. Walker #25575
4800 Rainbow Blvd., Suite 200
Westwood, KS 66205
913-262-2207 phone
913-262-2247 fax
julie@mokslaw.com
Attorney for Creditor
File Code: 23260