IN RE: )
Albert Allan Brynds, Jr. )
                Debtor, )
and )
                 )    Case No 21-20342
Valerie Kay Fahrnow )
                Co-Debtor )
v. )    Chapter 13
                 )
HPA US1, LLC D/B/A PATHLIGHT )
PROPERTY MANAGEMENT )
                Creditor, )
                 )
William H. Griffin )
                Trustee. )

## <u>WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY</u>

**COMES NOW** Creditor, HPA US1, LLC D/B/A PATHLIGHT PROPERTY MANAGEMENT

(hereinafter "Creditor"), by and through the undersigned attorneys, and withdraws Document 18

filed on April 21, 2021, Creditor's Motion for Relief from Stay for 12519 CONNELL DRIVE,

OVERLAND PARK, KS 66213.

                        Respectfully Submitted,

                        ANDERSON & ASSOCIATES
                        By: */s/ Julie Anderson*
                        Julie A. Anderson #21871
                        Jamie L. Walker #25575
                        4800 Rainbow Blvd., Suite 200
                        Westwood, KS 66205
                        913-262-2207 phone
                        913-262-2247 fax
                        julie@mokslaw.com
                        Attorney for Creditor

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing was mailed this 11th day of May, 2021 via U.S. mail, postage prepaid, to the following:

Albert Allan Brynds, Jr.
12519 Connell Dr.
Overland Park, KS 66213
Debtor

Valerie Kay Fahrnow
12519 Connell Dr.
Overland Park, KS 66213
Co-Debtor

Ryan A. Blay
15095 W. 116th St.
Olathe, KS 66062
Attorney for Debtor and Co-Debtor

William H. Griffin
5115 Roe Blvd., Ste. 200
Roeland Park, KS 66205
Trustee

*/s/ Julie A. Anderson*
Attorney for Creditor