IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS (Kansas City)

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Albert Allan Brynds, Jr. | ) Case No. 21-20342 |
| SSN: xxx-xx-0322 | ) Chapter 13 |
| 12519 Connell Dr. | ) |
| Overland Park, KS 66213 | ) |
| | ) |
| Valerie Kay Fahrnow | ) |
| SSN: xxx-xx-9413 | ) |
| 12519 Connell Dr. | ) |
| Overland Park, KS 66213 | ) |
| Debtors, | ) |
| | ) |

## NOTICE WITH OPPORTUNITY FOR NONEVIDENTIARY HEARING ON JPMORGAN CHASE BANK, N.A.'S MOTION FOR RELIEF FROM STAY

NOTICE IS HEREBY GIVEN that if you fail to file a written objection to the above motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before October 7, 2021, the Court will enter an order prepared and submitted by the movant within fourteen (14) days of the objection deadline and no hearing will be held.

If you file a timely objection, a nonevidentiary hearing will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room 151, Kansas City, Kansas 66101, on October 19, 2021, at 1:30 p.m., or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order, in advance, signed by all parties or their counsel.

Respectfully submitted,
LEWIS RICE LLC

/s/Jonah W. Lock
Jonah W. Lock, 60515
10484 Marty Street
Overland Park, KS 66212
(913) 648-6333 / Fax: (913) 642-8742
jlock@lewisricekc.com
ATTORNEY FOR MOVANT

**CERTIFICATE OF SERVICE**

I hereby certify that copies of the Notice With Opportunity for Hearing together with copies of the Motion for Relief from Stay were deposited in the United States mail, postage prepaid, on September 16, 2021, address to:

Shannen C. Fahrnow
12279 S. Strangline Rd., Apt. 1110
Olathe, KS 66062
Co-debtor

Albert Allen Brynds, Jr.
Valerie Kay Fahrnow
12519 Connell Dr.
Overland Park, KS 66213
Debtors

William H. Griffin
5115 Roe Blvd., Suite 200
Roeland Park, KS 66205
Trustee

Ryan A. Blay
15095 W. 116th St.
Olathe, KS 66062
Attorney for Debtor


       /s/Jonah W. Lock
Attorney for Movant