**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF KANSAS**

In re:    ALBERT ALLAN BRYNDS, JR    )    Case No. 21-20342
          VALERIE KAY FAHRHOW    )
                                    )
                      Debtors    )

**RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY**
**PURSUANT TO 11 U.S.C. §362**

COME NOW Debtors, Albert Brynds and Valerie Fahrnow , by and through counsel of record, and for their response to the Motion for Relief from Automatic Stay filed by JP Morgan Chase Bank, NA, state as follows:

1. The 2010 Toyota Camry which is the subject of Movant's Motion is driven by the co-borrower and she makes the payments.

2. To the best of their knowledge, Debtors state that the co-borrower brought the loan current on or about September 27, 2021.

3. According to the Movant's Motion, the vehicle has a value of $8,375 while the approximate debt owed is $5,417.55.  Therefore, there is a sufficient equity cushion to protect the creditor and there is no basis under 11 U.S.C. Section 362(d)(1) or (d)(2) to grant the requested relief

WHEREFORE, Debtors pray for an order denying Movant's Motion for Relief from Automatic Stay.

Dated: 10/07/2021                      Respectfully submitted,
                                    WM Law

                                    s/ Ryan A Blay
                                    Ryan A Blay KS# 28110
                                    15095 W. 116th St.
                                    Olathe, KS 66062
                                    Phone (913) 422-0909
                                    Fax (913) 428-8549
                                    blay@wagonergroup.com
                                    ATTORNEY FOR DEBTORS

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2021, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

s/ Ryan A Blay